UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-08646-MWF-GJS | Date | February 2, 2022 |
|---|---|---|---|
| Title | Armando Mejia v. Wells Fargo Bank, N.A. et al | | |

| Present: The Honorable | MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE |
|---|---|
| Patricia Gomez | Amy Diaz |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Frederick Lewis Stoker | Theresa Kading |

**Proceedings:** DEFENDANTS WELLS FARGO BANK, N.A. AND WELLS FARGO & COMPANY'S MOTION TO STRIKE PLAINTIFF'S FIRST AMENDED COMPLAINT IN ITS ENTIRETY [14]
PLAINTIFF ARMANDO MEJIA'S MOTION TO REMAND [16]

The Court's tentative ruling is issued, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

|  | : | 12 |
|---|---|---|
| Initials of Preparer | PG | |